STATE

v.

**Alfred BISHOP.**

No. 77-453-C.A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Alfred Bishop, pro se.

## ORDER

The defendant's motion that he be ordered confined at the Adult Correctional Institution during the pendency of this appeal as prayed is denied.

DORIS, J., did not participate.

STATE

v.

**William TAYLOR.**

No. 80-286-C.A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

## ORDER

The defendant's motion to supplement the record as prayed is granted.

DORIS, J., did not participate.

**Violet M. CAVANAGH**

v.

**Robert D. CAVANAGH.**

No. 79-17-A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

John H. Hines, Jr., Providence, for petitioner.

Robert D. Cavanagh, pro se.

## ORDER

This appeal having been dismissed, the respondent's motion for a briefing extension is hereby denied. This denial is without prejudice, however, to respondent's filing a motion to reinstate his appeal.

BEVILACQUA, C. J., and DORIS, J., did not participate.